JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO G. MUNOZ, an individual, and MICHSTICA G. MOJARRO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC.; a Delaware Corporation,<br><br>Defendant. | Case No: 2:22-cv-08732-MRW<br><br>Magistrate Judge: Michael R. Wilner<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: ___8/14/23___          By: _____ MRW
                                 U.S. DISTRICT COURT JUDGE